# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNWIZE TECHNOLOGIES, INC., <br><br>　　　　　Plaintiff, <br>　　v. <br>LIVING ECOLOGY, INC., et al., <br><br>　　　　　Defendants. | Case No. 2:12-cv-225-ODW(SPx) <br><br>**ORDER TO SHOW CAUSE** |

　　　　Plaintiff is ordered to show cause why this case should not be dismissed for lack of prosecution. As to Defendants Living Ecology, Inc., Organic Food Bar, Inc., and Sagar Enterprises, LLC, the parties have requested a stay of this case until the completion of settlement payments, which will be spread over the next 17 months. (ECF No. 12.) And as to the remaining Defendants (other than U.S. Small Business Administration), none of them have appeared.

　　　　With respect to staying the case, the Court finds no reason to do so. If the settlement agreement among the parties is breached, the parties may return to this Court for enforcement. Other than for purposes of enforcing the settlement agreement, Plaintiff must show in writing why this case should not be otherwise dismissed. No hearing is scheduled. Plaintiff's response is due by September 24, 2012. Failure to respond to this order will result in dismissal of this case.

　　　　**IT IS SO ORDERED.**

　　　　September 13, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**